UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MORDECHAI PINSON on behalf of himself and
all other similarly situated consumers

                Plaintiff,

   -against-

                           CV 13        0010

GATESTONE & CO. INTERNATIONAL, INC.

                Defendant.

                                                    ITALIANO, J.

---

**SUMMONS IN A CIVIL ACTION**

TO:   GATESTONE & CO. INTERNATIONAL INC.
       455 N 3RD ST STE 260
       PHOENIX, ARIZONA 85004

       **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

       Maxim Maximov, Esq.
       Maxim Maximov, LLP
       1600 Avenue M, 2nd Floor
       Brooklyn, New York 11230

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DOUGLAS C. PALMER                JAN 0 2 2012
CLERK                                                   DATE

BY DEPUTY CLERK