# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

April 23, 2013

**VIA ECF**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Index No. 1:13-cv-00010-ENV-CLP
                **Pinson v. Gatestone & Co. International, Inc.**

Dear Magistrate Judge Pollak:

      I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendants offer of settlement. There is a telephone conference scheduled for tomorrow morning at 10:30 a.m. I will contact Your Honor at 9:00 a.m. to inform you regarding the settlement and to request the cancellation of the conference.

      The plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

      Thank you for Your Honor's time and attention to this matter.

                                  Very truly yours,

                                  /s/ Maxim Maximov

                                  Maxim Maximov, Esq.

cc:    VIA ECF AND FIRST CLASS MAIL
        Aaron R. Easley
        Sessions Fishman Nathan Israel, LLC
        200 Route 31 North, Suite 203
        Flemington, New Jersey 08822